IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ERIC JOHN HASELTON,

    Petitioner,                    No. CIV S-01-0903 GEB JFM P

    vs.

CLAUDE E. FINN, Warden, et al.,    ORDER

    Respondents.

_____/

        Petitioner is a state prisoner proceeding pro se and in forma pauperis with an application for writ of habeas corpus pursuant to 28 U.S.C. § 2254. In light of the complexity of the legal issues involved, the court has determined that the interests of justice require appointment of counsel. See 18 U.S.C. § 3006A(a)(2)(B); see also Weygandt v. Look, 718 F.2d 952, 954 (9th Cir. 1983).

        Accordingly, IT IS HEREBY ORDERED that:

        1. The Federal Defender is appointed to represent petitioner.

        2. The Clerk of the Court is directed to serve a copy of petitioner's habeas corpus application and a copy of this order on David Porter, Assistant Federal Defender.

        3. Petitioner's counsel shall contact the Clerk's Office to make arrangements for copies of other documents in the file.

1         4. A status conference is set for June 2, 2005, at 11:00 a.m. in Courtroom # 26.

2         5. All parties shall appear at the status conference by counsel.

3         6. Fourteen days prior to the conference, the parties shall file and serve status reports which address the timing and order of the following matters:

        a. Discovery and investigations;

        b. Anticipated motions;

        c. The need for and timing of an evidentiary hearing;

        d. Enumeration and resolution of unexhausted claims; and

        e. Possible future amendments to the pleadings.

The parties are advised that failure to timely file a status report may result in sanctions.

DATED: April 25, 2005.

        *[signature]*
        UNITED STATES MAGISTRATE JUDGE

12
hase0903.110