IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ERIC JOHN HASELTON,

    Petitioner,        No. CIV S-01-0903 GEB JFM P[1]

    vs.

CLAUDE FINN, Warden, et al.,

    Respondents.        ORDER

_____/

    For good cause shown and based on the May 25, 2005 stipulation of the parties, the status conference scheduled for June 2, 2005, at 11:00 a.m. is vacated and rescheduled for June 23, 2005, at 11:00 a.m. in Courtroom #26.

    IT IS SO ORDERED

DATED: May 26, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

/001; hase0903.con

---

[1] In light of the reassignment order issued April 13, 2005, counsel is directed to use the following case number for all future filings: CIV S-01-0903 GEB JFM P.

1