IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ERIC JOHN HASELTON,

       Petitioner,               No. CIV S-01-0903 GEB JFM P

    vs.

CLAUDE FINN, Warden, et al.,

       Respondents.        ORDER

_____/

       For good cause shown and based on the status reports filed by the parties, IT IS HEREBY ORDERED that:

       1. The status conference scheduled for Junee 23, 2005, at 11:00 a.m. in Courtroom #26 is dropped from calendar; and

       2. Petitioner is granted forty-five days from the date of this order to file and serve a supplemental brief responsive to respondents' answer.

DATED: June 22, 2005.

UNITED STATES MAGISTRATE JUDGE

/12; hase0903.drp

1