IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ERIC JON HASELTON,

     Petitioner,          2:01-cv-0903-GEB-JFM-P

  vs.

DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS,

     Respondent.         <u>ORDER</u>

_____/

     Petitioner, a state prisoner proceeding pro se, has timely filed a notice of appeal of this court's September 20, 2005 denial of his application for a writ of habeas corpus. Before petitioner can appeal this decision, a certificate of appealability must issue. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

     A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C.

1

§ 2253(c)(2). The certificate of appealability must "indicate which specific issue or issues satisfy" the requirement. 28 U.S.C. § 2253(c)(3).

A certificate of appealability should be granted for any issue that petitioner can demonstrate is "'debatable among jurists of reason,'" could be resolved differently by a different court, or is "'adequate to deserve encouragement to proceed further.'" <u>Jennings v. Woodford</u>, 290 F.3d 1006, 1010 (9th Cir. 2002) (quoting <u>Barefoot v. Estelle</u>, 463 U.S. 880, 893 (1983)).[1]

Petitioner has made a substantial showing of the denial of a constitutional right in the following issues presented in the instant petition: petitioner's retained trial attorney rendered ineffective assistance of counsel because the trial attorney had a conflict of interest resulting from his law partner's concurrent representation of petitioner's co-defendant.

Accordingly, IT IS HEREBY ORDERED that a certificate of appealability is issued in the present action.

Dated: September 28, 2005

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge

---

[1] Except for the requirement that appealable issues be specifically identified, the standard for issuance of a certificate of appealability is the same as the standard that applied to issuance of a certificate of probable cause. <u>Jennings</u>, at 1010.