IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ERIC JOHN HASELTON,

    Petitioner,                  No. CIV S-01-0903 GEB JFM P

    vs.

CLAUDE E. FINN, Warden, et al.,      ORDER

    Respondents.

_____/

        Petitioner is a state prisoner proceeding through counsel with an appeal from this court's denial of his application for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  In light of the complexity of the legal issues involved, the court has determined that the interests of justice require continued appointment of counsel before the appellate court.  See 18 U.S.C. § 3006A(a)(2)(B); see also Weygandt v. Look, 718 F.2d 952, 954 (9th Cir. 1983).

        Accordingly, IT IS HEREBY ORDERED that petitioner's September 21, 2005 motion for appointment of counsel is granted; John Ward, attorney at law, is appointed to represent petitioner on appeal.

DATED: October 11, 2005.

*/s/ John F. Moulds*
UNITED STATES MAGISTRATE JUDGE

1; hase0903.appt